**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| Recall Marketing LLC,<br><br>　　　　Plaintiff<br><br>　v.<br><br>Staples, Inc.,<br><br>　　　　Defendant. | CASE NO.  2:18-cv-00182-JRG-RSP |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

　　　　Plaintiff Recall Marketing LLC and Defendant Staples, Inc. hereby notify the Court that the parties have reached an agreement in principle that will resolve all pending claims between them.  The parties request that the Court stay all unreached case deadlines applicable between the parties for thirty (30) days so the appropriate dismissal papers may be submitted to dismiss all claims in this action.

                              Respectfully submitted,

Dated: July 27, 2018                         By: */s/ Isaac P. Rabicoff (w/permission)*
                                          Isaac P. Rabicoff
                                          (Isaac@rabilaw.com)
                                          Kenneth Matuszewski
                                          (Kenneth@rabilaw.com)
                                          RABICOFF LAW LLC
                                          73 W Monroe St
                                          Chicago, IL 60603
                                          Tel: (773) 669-4590

                                          ATTORNEYS FOR PLAINTIFF
                                          RECALL MARKETING LLC


                                          By: /s/ *Nicholas G. Papastavros*
                                          Nicholas G. Papastavros
                                          (nick.papastatvors@dlapiper.com)
                                          Yasmin Ghassab
                                          (yasmin.ghassab@dlapiper.com)
                                          DLA PIPER LLP (US)
                                          33 Arch Street, 26th Floor
                                          Boston, MA  02110-1447
                                          Tel: 617.406.6000
                                          Fax: 617.406.6100

                                          DAMON M. LEWIS
                                          (damon.lewis@dlapiper.com)
                                          DLA PIPER LLP (US)
                                          500 Eighth Street, NW
                                          Washington, DC  20004
                                          Tel: 202.799.4573
                                          Fax: 202.799.5362

                                          ATTORNEYS FOR DEFENDANT
                                          STAPLES, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 27, 2018.

*/s/ Nicholas G. Papastavros*
Nicholas G. Papastavros